# Third District Court of Appeal

## State of Florida

Opinion filed February 13, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-2008
Lower Tribunal No. 10-20850
_____


**Alberto Silva,**
Appellant,

vs.

**Mary H. Silva, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Arthur L. Rothenberg, Senior Judge.

Andrew M. Kassier, for appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein (Tallahassee), Senior Assistant Attorney General, for appellee, Department of Revenue.


Before FERNANDEZ, LOGUE and MILLER, JJ.

PER CURIAM.

On the record before us, we conclude that the trial court did not commit reversible error when it denied the Former Husband's Motion to Vacate. There was no basis upon which to impute income to the mother, <u>see</u> § 61.30, Fla. Stat., and the Department of Revenue established a substantial change in circumstances requiring an increase in the father's child support obligation, <u>see</u> § 61.14, Fla. Stat.

Affirmed.